# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**  Chapter 13

Manuel Rivera  Case No. 25-45744

Judge: Paul R. Hage

_____Debtor(s)_____/

## DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 15-1)

**NOW COMES** Debtor Manuel Rivera, by and through counsel, Moran Law, and objects to the Proof of Claim filed by Michigan Department of Treasury (PACER Claim No. 15-1), and in support thereof states as follows:

1. Debtor Manuel Rivera filed for Chapter 13 bankruptcy protection on June 4, 2025.

2. That on October 5, 2025, the Michigan Department of Treasury filed a proof of claim with this court asserting a claim of $14,214.28, of which $5,247.01 is listed as Priority Debt, and $8,967.27 is listed as Unsecured Debt for tax years 2020, 2021, 2022 and 2023.

3. The basis for the claim is listed as *Estimated*, indicating no returns have been filed.

4. The Debtor did in fact file tax returns for those years and was entitled to refunds.

**WHEREFORE,** the Debtor(s) pray that this Honorable Court deny the claim and grant any further and other relief as this Court deems equitable and just.

Respectfully submitted,

Dated: January 12, 2026

/s/ Ryan B. Moran
Ryan B. Moran
Moran Law
25600 Woodward Ave.,
Suite 201
Royal Oak, MI 48067
(248) 246-6536
CH13@moranlaw.com

Exhibit 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

**In re:**   Chapter 13

Manuel Rivera   Case No. 25-45744

Judge: Paul R. Hage

_____Debtor(s)_____/

### ORDER ON DEBTORS' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 15-1)

This matter came on for hearing upon the Objection of Proof of Claim filed by the debtor(s) pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Proof of Claim filed by Michigan Department of Treasury (PACER Claim No. 15-1) is hereby denied.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**                                        Chapter 13

Manuel Rivera                       Case No. 25-45744

                                              Judge: Paul R. Hage

       Debtor(s)                  /

## NOTICE OF DEBTORS' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 15-1)

The Debtors have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before February 17, 2026, you or your lawyer must:

1.     File with the court a written response to the objection, explaining your position, at:

                 U.S. Bankruptcy Court

                 211 W. Fort Street 17th Floor

                 Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:


- Moran Law, 25600 Woodward Ave. Suite 201, Royal Oak, MI 48067
- David Wm Ruskin, 26555 Evergreen Road Suite 1100, Southfield, MI 48076
- Michigan Department of Treasury, Bankruptcy Unit, PO Box 30168, Lansing MI 48909

2. Attend the hearing on the objection, scheduled to be held on March 5, 2026 at 10:00 a.m. in Judge Hage's Courtroom, in the U.S. Bankruptcy Court located on 19th Floor of 211 West Fort St., Courtroom 1927, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled**, **and the objection sustained.**


Dated: January 12, 2026             Respectfully submitted,


/s/ Ryan B. Moran
Ryan B. Moran (P70753)
Attorney for Debtor
Moran Law
25600 Woodward Ave.; Ste. 201
Royal Oak, MI 48067
(248) 246-6536
CH13@moranlaw.com